# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| JONATHAN A. YOUNG, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:17-cv-00244 |
|  | ) CHIEF JUDGE CRENSHAW |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 26) in which the Magistrate Judge recommends granting the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 18) and remanding this case to the Commissioner under Sentence Four of § 405(g) for further consideration of Plaintiff's eligibility for disability benefits. No objection has been timely filed.

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge's thoughtful analysis and conclusions. Accordingly, the Report and Recommendation (Doc. No. 26) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 17) is **GRANTED** and this matter is **REMANDED** to the Commissioner as set forth in the Report and Recommendation.

This is a final order under the Federal Rules of Civil Procedure. The Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE